IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re:

**KAREN DENISE BARKER**

Case No. 26-50481
Chapter 13

S.S. No.: xxx-xx-8419
Mailing Address: 314 Dots Circle, China Grove, NC 28023

Debtor.

## MOTION TO ALLOW SUBSTITUTION OF COLLATERAL

**NOW COMES** the Debtor, by and through counsel undersigned, and moves, under authority of 11 U.S.C. § 105(a), 1303 and 363(b), to allow substitution of collateral in this case. In support hereof, the Debtor shows the following:

1. This case was filed on June 11, 2026, and the Chapter 13 plan has not yet been confirmed.

2. The Debtor's schedules of creditors includes Santander Consumer, USA Inc. ("Santander") which is secured by a lien on a 2024 Nissan Kicks, VIN 3N1CP5CV8RL557108 (the "Vehicle").

3. The Vehicle was totaled in an accident, and the damage to the Vehicle is covered by an insurance policy issued by National General, and Allstate Company ("National General") (Claim # 260782037).

4. The Debtor is in need of a replacement vehicle for transportation to work and for the care of the household. The Debtor has no other means to obtain a replacement vehicle except by using the insurance proceeds to be paid by National General.

5. The insurance proceeds, in the amount of $17,596.36, are property of the estate. The insurance was intended to provide for the replacement of the Vehicle in the event of a total loss. The Debtor wishes to use the entire insurance proceeds to purchase a replacement vehicle, and is willing to turn the title to the replacement vehicle over to Santander to serve as replacement collateral on the obligation with said creditor.

6. The Debtor also agrees to pay over to the Chapter 13 Trustee any portion of the insurance proceeds not used in the purchase of the replacement vehicle.

### Appended Application for an Additional Attorney Fee

7. Counsel for the Debtor further applies herein, in accordance with Bankruptcy Rule 2016(b),

for approval the presumptive attorney fee in the amount of $700.00 to pay for the reasonable value of the services rendered, and to be rendered, with respect to this motion.

**WHEREFORE**, the Debtor hereby requests that she be allowed to convey her interest in the Vehicle to the insurance company free of liens, and to use the entire proceeds of the insurance payment to purchase a replacement vehicle and to substitute such replacement vehicle as collateral with respect to the obligation owing to Santander; and to facilitate the substitution of collateral, that Santander be ordered to release the lien on the 2024 Nissan Kicks, VIN 3N1CP5CV8RL557108 , in consideration for a lien on the replacement vehicle; and that counsel for the Debtor be allowed additional attorney's fees, to be paid through the Debtor's Chapter 13 plan, in the amount of $700.00.

Dated: August 25, 2026

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Erica Capron NeSmith

Erica Capron NeSmith
Attorney for the Debtors
N.C. State Bar No.: 55283
2100 W. Cornwallis Drive, # O
Greensboro, NC 27408
Telephone: (336) 542-5993
Fax: (336) 542-5999
Email: enesmith@johnorcutt.com

## CERTIFICATE OF SERVICE

I, Cheryl Capron, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on August 25, 2026, I served copies of the foregoing **MOTION TO ALLOW SUBSTITUTION OF COLLATERAL by automatic electronic noticing** upon the following parties:

Brandi L. Richardson
Chapter 13 Trustee

John Paul H. Cournoyer
Bankruptcy Administrator

and **by regular U.S. mail**, upon the following parties in interest and creditors with duly filed claims:

| | |
|---|---|
| Karen Denise Barker<br>314 Dots Circle<br>China Grove, NC 28023 | Santander Consumer USA Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161 |
| National General, an Allstate Company<br>P.O. Box 1623<br>Winston-Salem, NC 27102-1623 | Santander Consumer USA Inc.<br>Attention: Officer or Managing Agent<br>1601 Elm Street Suite 800<br>Dallas, TX 75201-7260 |

and by email on: National General: Patrice.Corbitt@ngic.com
claims@ngic.com

Santander Consumer: BK_POCTeam@santanderconsumerusa.com

/s Cheryl Capron

Cheryl Capron